JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

YOUNG KWON,

    Plaintiff(s),

vs.

PLAZA DEL PRADO, INC., et al.,

    Defendant(s).

Case No. 2:19-cv-01393-RGK-AS

ORDER DISMISSING ACTION FOR LACK OF PROSECUTION

On December 30, 2019, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution (OSC) [15]. Plaintiff was ordered to respond in writing to the OSC not later than January 7, 2020. As of this date, no response has been filed, therefore, the matter is dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: 01.10.20

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE